IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE TOLBERT                                                                                         PLAINTIFF

VS.                                          CASE NO. 07-CV-1072

GGNSC CROSSETT, LLC
d/b/a GOLDEN LIVING CENTER–CROSSETT                                          DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice filed by both parties. (Doc. 26). The parties agree and stipulate to dismiss this action with prejudice. Accordingly, the above styled and numbered case is hereby **DISMISSED WITH PREJUDICE**. Each party shall pay its own court costs and attorneys' fees.

**IT IS SO ORDERED**, this 16th day of April, 2009.

                                                              /s/ Harry F. Barnes
                                                              Hon. Harry F. Barnes
                                                              United States District Judge